UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMMY S. GUZMAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>                    Defendant. | CASE NO. EDCV 08-01862 AGR<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.


DATED: April 18, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE